

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:       (717) 221-3920
Williamsport:   (570) 323-6380

*ELECTRONICALLY FILED*

June 20, 2017

The Honorable James M. Munley
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

**Re:   Report of the Mediator**
      **<u>Belaya v. Verizon Communications</u>, 3: 16-CV-2495 (Munley, J.)**

Dear Judge Munley:

The matter is settled.  Counsel request that you issue an order permitting 60 days in which to complete the agreement.

Thank you for the opportunity to serve the court in this capacity.

Sincerely,

**s/ Joseph A. Barrett**
Joseph A. Barrett