IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RENATA BELAYA,<br>　　　　　**Plaintiff** | No. 3:16cv2495 |
| v. | (Judge Munley) |
| VERIZON COMMUNICATIONS, INC.<br>and VERIZON PENNSYVANIA, INC.,<br>　　　　　**Defendants** | |

## ORDER OF DISMISSAL

Upon notice to the Court by the mediator that this case is settled, it is hereby ordered that this case is dismissed without costs. The parties will have sixty (60) days in which to consummate the settlement.

BY THE COURT:

_/s/ signature_

**JUDGE JAMES M. MUNLEY**
**United States District Court**

Date: 6/21/17